

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

J.C. Pace, LTD.,                           * From the County Court at Law
                                             of Nolan County,
                                             Trial Court No. 2014.

Vs. No. 11-13-00133-CV                      * February 12, 2015

Odilia Sanchez,                             * Memorandum Opinion by Bailey, J.
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

      This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse that portion of the trial court's judgment in which it awarded sanctions and render judgment that Odilia Sanchez take nothing on her sanctions claim. In all other respects, the judgment of the trial court is affirmed. The costs incurred by reason of this appeal are taxed against Odilia Sanchez.